IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| LAVORRIS JOHNSON, and<br>MARVELL JOHNSON | §<br>§<br>§ | |
| v. | § | NO. 9:14-CV-144 |
| BRIAN EGGEBRECHT, and CITY OF<br>NACOGDOCHES, TEXAS | §<br>§<br>§ | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

This case was assigned to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters pursuant to General Order 14-10. Pending before the court is a joint "Motion for Summary Judgment" filed by the Defendants, Brian Eggebrecht and the City of Nacogdoches, Texas. (Doc. No. 15.) The magistrate judge filed a report recommending that the court grant the Defendants' motion in part and deny it in part. (Doc. No. 23.) No objections have been filed to the magistrate judge's report and recommendation, and the time for doing so has passed. Furthermore, the court's independent review confirms that the magistrate judge's analysis is correct.

It is, therefore, **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 23) is **ADOPTED**; and the Defendants' "Motion for Summary Judgment" (Doc. No. 15) is **GRANTED IN PART AND DENIED IN PART**.

SIGNED this 14th day of January, 2016.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE